UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES K. GIANNINI,

        Plaintiff,                        No. C 15-1782 EDL (PR)

    v.                                 **ORDER OF TRANSFER**

UNKNOWN,

        Defendant.

_____/

        This is a civil rights case brought pro se by a California state prisoner.  Plaintiff has consented to magistrate judge jurisdiction. (Docket No. 6.)  This case was opened when Plaintiff filed a letter complaining about his medical treatment, and describes events that occurred at the California Health Care Facility in Stockton, California, which is located in San Joaquin County.  San Joaquin County is located within the venue of the United States District Court for the Eastern District of California.  Venue, therefore, properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).

        This case is **TRANSFERRED** to the United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1406(a).

        **IT IS SO ORDERED.**

Dated: June 11, 2015.

                                          ELIZABETH D. LAPORTE
                                          United States Magistrate Judge

P:\PRO-SE\EDL\CR.15\Giannini782trn.wpd