UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES K. GIANNINI, | No. 2: 15-cv-1263 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA HEALTH CARE FACILITY, | |
| Defendant. | |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). (ECF No. 6.) By order filed June 17, 2015, plaintiff was granted thirty days to file a complaint. Plaintiff was also granted thirty days to submit an application to proceed in forma pauperis or the filing fee. Thirty days from that date have now passed, and plaintiff has not filed a complaint, in forma pauperis application, or paid the filing fee.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: July 29, 2015

Gia1263.fta

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1